UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| HOEUN SAUN YONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Felon in Possession of a Firearm; Possession of Cocaine with Intent to Distribute

<u>Date of Detention Hearing</u>:   June 2 , 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1    Defendant's past criminal record includes assault with a deadly weapon, robbery,

DETENTION ORDER                                                                                         15.13
18 U.S.C. § 3142(i)                                                                                    Rev. 1/91
PAGE 1

01 firearms charges, and attempting to elude a police officer. The Complaint alleges that defendant

02 was apprehended after fleeing the scene. During a search of the defendant's apartment, three

03 handguns were allegedly recovered, one of which was verified as stolen. The AUSA alleges that

04 defendant continued to sell drugs after release on related state charges, and failed to appear after

05 being release from King County jail.

06     2. Defendant does not have a stable employment history and there is conflicting

07 information about his residential history.

08     3. Defendant poses a risk of nonappearance due to his status as a Cambodian citizen,

09 his affiliation with alias identification, lack of stable employment, questions about residential

10 history, admission of controlled substance use, and a history of convictions for eluding police and

11 attempts to flee to avoid arrest. He poses a risk of danger due to the nature and circumstances

12 of the current charges, substance abuse issues and criminal history.

13     4. There does not appear to be any condition or combination of conditions that will

14 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15 to other persons or the community.

16 It is therefore ORDERED:

17     (1) Defendant shall be detained pending trial and committed to the custody of the

18         Attorney General for confinement in a correction facility separate, to the extent

19         practicable, from persons awaiting or serving sentences or being held in custody

20         pending appeal;

21     (2) Defendant shall be afforded reasonable opportunity for private consultation with

22         counsel;

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 2

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of June, 2008.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge